IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:12-cv-80161-DMM

JOHN AGNEW,
    Plaintiff,

v.

BARNARD CONSTRUCTION COMPANY, INC.,
    Defendant.
_____/

## ORDER ON JOINT MOTION FOR APPROVAL OF SETTLEMENT

THIS CAUSE is before the Court upon the Parties' Joint Motion for Approval of Settlement (DE 46), and pursuant to the Settlement Agreement reached between the parties, and upon the full record. After reviewing the Joint Motion for Approval of Settlement Agreement between the Parties and being fully advised in the premises, I have determined that the parties' settlement is fair and reasonable. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties' Joint Motion for Approval of Settlement Agreement is hereby **GRANTED**. The above-styled action is **DISMISSED WITH PREJUDICE**. All pending Motions are denied as **MOOT**. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED**, in Chambers in West Palm Beach, Florida this _14_ day of August, 2012.

                                                      DONALD M. MIDDLEBROOKS
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record